**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CANDICE D'CUNHA,

                Plaintiff,

-against-                          22 **CIVIL** 988 (MKV)

                                                    **<u>JUDGMENT</u>**

NORTHWELL HEALTH SYSTEMS,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated February 28, 2023, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 1, 2023

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                          **Clerk of Court**

                          **BY:**      *K. Mango*

                                                           _____
                                                           **Deputy Clerk**